```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
 UNITED STATES OF AMERICA              :
                                       :
              -v-                      :      16cr273 (DLC)
                                       :
 EFRAIN SANCHEZ,                       :         ORDER
                                       :
                    Defendant.         :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

In a motion filed on October 16, 2020, Efrain Sanchez, proceeding pro se, moved this Court for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  Accordingly, it is hereby

ORDERED that the Government shall file any response to the October 16 motion by **November 13, 2020.**

SO ORDERED:

Dated:   New York, New York
         October 20, 2020

_____
               DENISE COTE
       United States District Judge

```
Copy mailed to:
EFRAIN SANCHEZ (77393-054)
FCI SCHUYLKILL
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 759
MINERSVILLE, PA 17954
```