LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

November 16, 2020

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



Re:  United States v. Efrain Sanchez
     16 CR 273 (DLC)

Dear Judge Cote:

   I write to request the opportunity to file a reply to the Government's opposition to Mr. Sanchez's *pro se* application for compassionate release. The Government's opposition (ECF No. 471) was filed on Nov. 13, 2020.

   I respectfully request that the Court permit the filing of my reply on or before Friday, November 20, 2020.

Granted.
Dated: November 16, 2020

Sincerely,

David Wikstrom

_____
DENISE COTE
United States District Judge