```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :       16cr273-3 (DLC)
          -v-                           :
                                        :            ORDER
EFRAIN SANCHEZ,                         :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Upon receiving information from Probation that the defendant has secured employment with a start date of April 21, 2025, it is hereby

ORDERED that the conference to address the defendant's employment status scheduled for April 11 is adjourned sine die.

IT IS FURTHER ORDERED that a status report is due from Probation by April 28, 2025.

Dated:   New York, New York
         April 9, 2025

                                        _____
                                              DENISE COTE
                                        United States District Judge